UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN THE MATTER OF THE COMPLAINT

of

MILLER'S LAUNCH, INC. and MILLER'S TUG AND
BARGE, INC.
As Owners or Owners *Pro Hac Vice* of a 1981 64.7 foot
Towing vessel "CATHERINE C. MILLER" for
Exoneration from Or Limitation of Liability,

Petitioners.

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/2/2020___
```

18-CV-3582 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On September 16, 2019, the Hon. Valerie Caproni ordered the parties to submit an annual update as to the progress of the state litigation for which this case is stayed on the first business day of every October, starting October 1, 2020, until the conclusion of the state court proceedings.  (Dkt. 38.)  The parties failed to submit this update to the Court.  Following this case's reassignment, and on October 15, 2020, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by October 29, 2020.  (Dkt. 42.)  The parties also failed to submit this letter to the Court.

Within one week of the filing of this Order, it is hereby ORDERED that either (1) the parties must file on ECF the joint letter described in Dkt. 42 or (2) each party must submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of the parties' failure to comply with the Court's Orders of September 16, 2019 and October 15, 2020, particularly in light of Judge Caproni's September 23, 2019 Order declining at that time to sanction counsel for Claimants, but reminding counsel to be observant of the Court's orders.  (Dkt. 41.)

SO ORDERED.

Dated: November 2, 2020
      New York, New York

JOHN P. CRONAN
United States District Judge