```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
IN THE MATTER OF THE COMPLAINT                                         :
                                                                       :
                of                                                     :
                                                                       :    18-CV-3582 (JPC)
MILLER'S LAUNCH, INC. and MILLER'S TUG AND                             :
BARGE, INC.                                                            :    ORDER
As Owners or Owners Pro Hac Vice of a 1981 64.7 foot                   :
Towing vessel "CATHERINE C. MILLER" for                                :
Exoneration from Or Limitation of Liability,                           :
                                                                       :
                                        Petitioners.                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 6, 2020, the Court ordered the parties to submit a joint letter updating the Court on the status of the state court proceedings by March 30, 2021. (Dkt. 45.) The parties failed to do so. Within one week of the filing of this order, the parties shall file the joint status letter.

SO ORDERED.

Dated: April 21, 2021  
      New York, New York

                                                          JOHN P. CRONAN  
                                               United States District Judge