# Rubin, Fiorella, Friedman & Mercante LLP

Attorneys at Law
630 Third Avenue, 3rd Floor
New York, New York 10017
Telephone: (212) 953-2381 / Facsimile: (212) 953-2462

Direct Dial:  212-447-4659
Email:  kpoling@rubinfiorella.com

April 26, 2021

**Via ECF**

Hon. John Cronan
United States District Judge
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

    Re:  ***In the Matter of the Complaint of Miller's Launch and Miller's Tug and Barge, Inc.***
        **Docket No: 18-cv-3582-JPC**
        **Our File No. 174-35263**

Dear Judge Cronan:

    We are counsel for petitioners Miller's Launch, Inc. and Miller's Tug & Barge, Inc., vessel owners in the above referenced admiralty matter.

    On April 26, 2021, the Court Ordered a conference take place on **April 28, 2021** before Your Honor regarding petitioners' proposed submission of a summary judgment motion. However, the handling attorney Michael E. Stern is currently in Tennessee for expert inspections on a separate matter involving a marine casualty.  We thus write to seek an adjournment of the conference until his return on **May 3, 2021**.  This is our first request for an adjournment.

    Thank you for your consideration of this request.

Respectfully submitted,

s/ *Kristin E. Poling*

Kristin E. Poling

This request is granted.  The conference scheduled for April 28, 2021 at 11:00 a.m. is adjourned to May 3, 2021 at 10:00 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Date: April 26, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge